# Exhibit A

# TABLE OF AUTHORITES

**Cases**

*Adarand Constructors, Inc. v. Pena*,
  515 U.S. 200 (1995) ............................................................................... 17

*Cantu v. United States*,
  565 F. App'x 7 (D.C. Cir. May 27, 2014) ............................................. 23

*Cate v. Oldham*,
  707 F.2d 1176 (11th Cir. 1983) ............................................................ 16

*City of Richmond v. J.A. Croson Co.*,
  488 U.S. 469 (1989) ......................................................... 19, 20, 31, 35

*Davidoff & CIE, S.A. v. PLD Int'l Corp.*,
  263 F.3d 1297 (11th Cir. 2001) ............................................................ 14

*Dragon Jade Int'l, Ltd. v. Ultroid, LLC*,
  2018 WL 1833160 (M.D. Fla. Jan. 30, 2018) ...................................... 15

*Eng'g Contractors Ass'n of S. Fla. v. Metro. Dade Cty.*,
  122 F.3d 895 (11th Cir. 1997) .............................................................. 20

*Ensley Branch, NAACP v. Seibels*,
  31 F.3d 1548 (11th Cir. 1994) ........................................................ 20, 29

*Fisher v. U. of Tex.*,
  136 S. Ct. 2198 (2016) ................................................................... 32, 38

*Fullilove v. Klutznick*,
  448 U.S. 448 (1980) .............................................................................. 33

*Garcia v. Johanns*,
  444 F.3d 625 (D.C. Cir. 2006) ................................................................ 3

*GeorgiaCarry.Org, Inc. v. U.S. Army Corps of Eng'rs*,
  38 F. Supp. 3d 1365 (N.D. Ga. 2014) ............................................. 16, 17

*Gill v. Whitford*,
   138 S. Ct. 1916 (2018) ........................................................................................40

*Grutter v. Bollinger*,
   539 U.S. 306 (2003).............................................................................. 17, 31, 37

*Hershell Gill Consulting Eng'rs v. Mia.-Dade Cty*,
   333 F. Supp. 2d 1305 (S.D. Fla. 2004).............................................................19

*In re Black Farmer Discrimination Litig., Pigford II*,
   856 F. Supp. 2d 1 (D.D.C. 2011) .............................................…5, 22, 23, 24

*Loc. 28 of Sheet Metal Workers' Int'l Ass'n v. EEOC*,
   478 U.S. 421 (1986)..........................................................................................34

*Loc. No. No. 93, Int'l Ass'n of Firefighters v. Cleveland*,
   478 U.S. 501 (1986)..........................................................................................36

*Madsen v. Women's Health Ctr., Inc.*,
   512 U.S. 753 (1994)..........................................................................................40

*Maryland v. King*,
   567 U.S. 1301 (2012)........................................................................................39

*N.E. Fla. Ch. of the Ass'n of Gen. Contractors of Am. v. Jacksonville*,
   896 F.2d 1283 (11th Cir. 1990) .................................................….. 14, 15, 17

*Nivel Parts & Mfg. Co., LLC v. Textron, Inc.*,
   2017 WL 1552034 (M.D. Fla. May 1, 2017).............................................15

*Nken v. Holder*,
   556 U.S. 418 (2009)..........................................................................................38

*Odebrecht Const., Inc. v. Sec'y, Fla. DOT.*,
   715 F.3d 1268 (11th Cir. 2013) ....................................................................16

*Palmer v. Braun*,
   155 F. Supp. 2d 1327 (M.D. Fla. 2001) ......................................................14

*Pigford v. Glickman, Pigford I*,
   185 F.R.D. 82 (1999).................................................................…. 23, 24, 37

*Regents of U. of Cal. v. Bakke*,
  438 U.S. 265 (1978) ................................................................................................29

*Reno v. Flores*,
  507 U.S. 292 (1993) ................................................................................................17

*Siegel v. LePore*,
  234 F.3d 1163 (11th Cir. 2000) ..............................................................................16

*Snook v. Tr. Co. of Ga. Bank of Savannah, N.A.*,
  909 F.2d 480 (11th Cir. 1990) ................................................................................14

*Swain v. Junior*,
  961 F.3d 1276 (11th Cir. 2020) ..............................................................................14

*Trump v. Hawaii*,
  138 S. Ct. 2392 (2018) ............................................................................................40

*United States v. Paradise*,
  480 U.S. 149 (1987) ............................................................................. 18, 31, 33, 35

*Wygant v. Jackson Bd. of Educ.*,
  476 U.S. 267 (1986) ................................................................................................17

**Statutes**

7 U.S.C. §§ 1921, *et seq.* .................................................................................................. 2

7 U.S.C. § 1923 ................................................................................................................ 3

7 U.S.C. § 1942 ................................................................................................................ 3

7 U.S.C. § 1963 ................................................................................................................ 3

7 U.S.C. § 2279 ..............................................................................................................12

7 U.S.C. § 6932 ................................................................................................................ 2

16 U.S.C. § 590h .............................................................................................................. 3

ARPA, Pub. L. No. 117-2 (2021) .................................................................................11

Claims Resolution Act of 2010, Pub. L. No. 111-291 ................................... 23

Food, Conservation, and Energy Act of 2008, Pub. L. No. 110-246 (2008) ... 23

**Regulations**

7 CFR § 2.42 ........................................................................................ 2

7 CFR § 762.101 .................................................................................. 2

7 CFR § 762.129 .................................................................................. 2

7 CFR § 764.151 .................................................................................. 2

7 CFR § 764.251 .................................................................................. 3

7 CFR § 764.351 .................................................................................. 3

7 CFR § 1410.2 .................................................................................. 18

66 FR 21617-01 (Apr. 30, 2001) ....................................................... 12

74 FR 31571 (July 2, 2009) ............................................................... 12

75 FR 27615 (May 14, 2010) ............................................................ 12

**Legislative Materials**

167 Cong. Rec. H735 (daily ed. Feb. 26, 2021) ............................. 7, 10, 11, 25

167 Cong. Rec. S.1217 (daily ed. Mar. 5, 2021) ..................................... *passim*

2019 Civil Rights Hr'g ............................................................... 26, 27, 32

H.R. No. 117-7 (2021) ............................................................. 11, 19, 28, 29

House Ag. Comm. Hr'g on U.S. Ag. Policy and the 2012 Farm Bill
   (Apr. 21, 2010) ................................................................................. 6

House Ag. Comm. Hr'g on USDA Oversight (July 22, 2015) ........................ 6

Hr'g on Mgmt. of Civil Rights at the USDA before the House Subcomm. on Gov't Mgmt., Org., and Procurement, Comm. on Oversight and Gov't Reform, 110th Cong. (2008) ................................................................... 6

Hr'g on the USDA's Civil Rights Prog. for Farm Prog. Participants before House Subcomm., Dep't Ops., Oversight, Nutrition, and Forestry, Comm. on Agric., 107th Cong. (2002) (2002 Civil Rights Hr'g) ............................. 6

Hr'g on the Decline of Minority Farming in the United States, Comm. on Gov't Ops., U.S. House of Reps. (1990) ................................................... 10

Hr'g on USDA's Civil Rights Programs and Responsibilities before the House Subcomm. on Dep't Ops., Oversight, Nutrition, and Forestry, Comm. on Agric., 106th Cong. (1999) ....................................................................... 6

Hr'g to Review the USDA's Farm Loan Programs before the Senate Comm. on Ag., Nutrition, and Forestry, 109th Cong. (2006) ................................. 6

Opening Stmt. of Thomas J. Vilsack before House Comm. on Ag. (Vilsack Stmt.), https://perma.cc/3LWV-4SMF ............................................. 18, 31

Review of the Off. of the Assistant Sec'y for Civil Rights, Hr'g before the House Subcomm. On Nutrition, Oversight, and Dep't Ops., Comm. on Agric., 116th Cong. (2019) ...................................................................... 9

S. 278, 117 Cong. (2021) ................................................................. 6, 7, 12

## Other Authorities

Civil Rights at the USDA - A Report by the Civil Rights Action Team (CRAT) (1997) (CRAT Rep.) ....................................................... 4, 21, 22

Congressional Research Service (CRS), Farm Serv. Agency Comms.: In Brief (Jan. 29, 2021), (FSA Comms.) ................................................................ 3

David Zucchino, *Sowing Hope, Harvesting Bitterness*, LA Times (Mar. 23, 2012), https://perma.cc/V8TZ-C6RZ ............................................................. 12

D.J. Miller & Associates, report prepared for the USDA FSA (1996); USDA: Problems in Processing Discrim. Compls., GAO (2002) ........................... 10

D.J. Miller, Disparity Study: Producer Participation and EEO Compl. Process Study ...................................................................................................10

Equal Opportunity in Farm Progs., An Appraisal of Servs. Rendered by Agencies of the USDA, USCCR (1965 ) ..................................................20

Fed'n of S. Coops/Land Assist. Fund, Ann. Rep. 4 (2020), https://perma.cc/94PY-HSM6 .............................................................10

GAO-19-464, Indian Issues: Agricultural Credit Needs and Barriers to Lending on Tribal Lands (2019) https://www.gao.gov/assets/gao-19-464.pdf. . ................................................................................ 8, 26, 34

GAO-19-539, Agric. Lending: Info. on Credit & Outreach to [SDFRs] Is Limited (2019) https://perma.cc/5RD6-24VH .......................... 8, 26, 34

GAO-21-399T, Fin. Servs.: Fair Lending, Access, & Retirement Sec. (2021) https://perma.cc/3CWQ-B959 .......................5, 27

*History and Mission*, FARM SERVICE AGENCY, https://perma.cc/B47X-MTCL. .............................................................. 3

https://perma.cc/3U5P-T6XD. ....................................................................33

https://perma.cc/R69N-AL5K ....................................................................33

https://perma.cc/WU66-HUPZ....................................................................33

J. Hayes, *USDA Data: Nearly All Pandemic Bailout Funds Went to White Farmers*, Envir'l Working Group (EWG) (Feb. 18, 2021), https://perma.cc/PVZ7-QMFD. ....................................................................................... 10, 34

Jackson Lewis LLP, "Civil Rights Assessment" Final Report (Mar. 31, 2011)  (JL Report,) https://perma.cc/8X6Q-GZ5V.............*passim*

L. Minkoff-Zern & S. Sloat, *A New Era of Civil Rights?Latino Immigrant Farmers and Exclusion at the [USDA]*, AG. & HUMAN VALUES (2017) ......................25

M. Gordon, "Revolution is Based on Land:  Wealth Denied via Black Farmland Ownership Loss" (Dec. 17, 2018) (M.A. thesis, Tufts University), https://perma.cc/YJ9U-KC7E) ........................................................... 7

N. Rosenberg, *USDA Gave Almost 100 Percent of Trump's Trade War Bailout to White Farmers*, Farm Bill Law Enterprise, https://perma.cc/T7SY-TZQM ........10

Nat'l Young Farmers Coal., Cal. Young Farmers Rep. (Apr. 2019), https://perma.cc/PEY5-Z253 ............................................................. 8

NOFA, https://perma.cc/A35E-UANV ................................... 13, 15, 33, 36

*Rep. for the Secretary on Civil Rights Issues – Phase I*, (1997), https://perma.cc/NK6B-W2CL ..........................................................22

U.S. Commission on Civil Rights (USCCR), *The Decline of Black Farming in America* (1982) (1982 Rep.) https://perma.cc/34HP-5V9P..................*passim*

*USDA Announces [CFAP]*, USDA (Apr. 17, 2021), https://perma.cc/B7N9-PTRE ....................................................................................................10

USDA Recommendations and Options to Address Mgmt. Deficiencies in the Off. of the Assistant Secretary for Civil Rights, GAO (2008), https://perma.cc/YW73-83WE ..........................................................11

USDA *Who Owns the Land? Agricultural Land Ownership by Race/Ethnicity, Rural America* (2002), https://perma.cc/FG7J-YJEQ ......................................... 7