**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SCOTT WYNN, an individual,

       Plaintiff,

v.                                  Case No. 3:21-cv-514-MMH-JRK

THOMAS J. VILSACK, in his official
capacity as U.S. Secretary of Agriculture,
and ZACH DUCHENEAUX, in his official
capacity as Administrator, Farm Service
Agency,

       Defendants.

**O R D E R**

In accordance with Local Rule 7.02, members of the press may enter the courthouse with a laptop computer, tablet, and/or cell phone to attend the preliminary injunction hearing tomorrow morning at 10:00 a.m. before the undersigned in Courtroom 10B.

Any member of the press entering the courthouse with a laptop, tablet, or cell phone must present the Court Security Officers with media credentials. Live transmission of any kind from the courtroom is strictly prohibited. This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via social media. In addition, no audio or video

recording is allowed in the courthouse at any time. All electronic devices must be on silent while in the courtroom.

**DONE AND ORDERED** in Jacksonville, Florida on June 15, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

Copies to:

U.S. Marshal Service
Court Security Officer
Division Manager