# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SCOTT WYNN, an individual,

    Plaintiff,

v.                                      Case No.   3:21-cv-514-MMH-JRK

THOMAS J. VILSACK, in his official capacity as U.S. Secretary of Agriculture and ZACH DUCHENEAUX, in his official capacity as Administrator, Farm Service Agency,

    Defendants.

## CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the parties' Joint Notice (Doc. 42) outlining their respective proposals for an expedited schedule to resolve the merits of this action, the Court enters this case management and scheduling order:

| | |
|---|---|
| Deadline for Defendants to answer the Complaint. | JULY 14, 2021 |
| Deadline for providing mandatory initial disclosures. | JULY 21, 2021 |
| Deadline for disclosing expert reports. | OCTOBER 15, 2021 |
| Deadline for disclosing rebuttal expert reports. | NOVEMBER 8, 2021 |
| Deadline for completing discovery and filing motions to compel. | DECEMBER 3, 2021 |

| | |
|---|---|
| Deadline for filing cross-motions for summary judgment. | JANUARY 6, 2022 |
| Deadline for filing responses to cross-motions for summary judgment. | JANUARY 20, 2022 |
| Deadline for filing reply briefs in support of cross-motions for summary judgment. | JANUARY 27, 2022 |

1. The Court notes the deadlines set forth in this Order result in a more expeditious resolution of the case than the schedule proposed by the Government. While the Court acknowledges the expedited schedule will require the parties to work diligently to prepare this case for final adjudication, the Court is cognizant of the need to provide clarity to the large number of socially disadvantaged farmers and ranchers who were expecting relief under Section 1005 of the American Rescue Plan Act. The preliminary injunction entered by the Court, while maintaining the status quo for Plaintiff, has implications that exceed the scope of just this case. Therefore, a more expedited schedule than the one proposed by the Government is required.

2. With respect to discovery matters, the date set forth above is the final date discovery shall be completed. Motions to compel brought pursuant to Rule 37 must be filed no later than the close of discovery. The parties should be aware that a stipulation to the continuance of discovery anticipates no discovery disputes. Therefore, this Court will not hear discovery disputes arising during the stipulated continuance. The parties are further advised

that any extension of discovery will not result in an extension of the dispositive motion filing deadline or any other deadline except upon order of the Court.

   3.  The parties are reminded of their obligation to comply with the redaction requirements set forth in Fed. R. Civ. P. 5.2.

   4.  Pursuant to Local Rule 3.01(a), any motion and memorandum in support must be in a single document not to exceed 25 pages absent leave of Court.  Likewise, all other responses to motions may not exceed 20 pages absent leave of Court.  However, given the extraordinary nature of this case, the Court will allow the parties leave to file cross-motions for summary judgment not to exceed 40 pages, response briefs not to exceed 40 pages, and reply briefs not to exceed 15 pages.  <u>Please deliver a courtesy copy of all dispositive motions, responses, and replies, including copies of all relevant exhibits and depositions, to the chambers of the undersigned.  The undersigned requires the filing of complete deposition transcripts rather than excerpts.</u>

5. **THE COURT HAS DONE EVERYTHING POSSIBLE TO SET APPROPRIATE DEADLINES FOR THIS CASE. THE PARTIES SHOULD PROCEED ACCORDINGLY. DO NOT ASSUME THAT THE COURT WILL EXTEND THESE DEADLINES.**

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of July, 2021.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

lc29
Copies to:

Counsel of Record
Pro Se Parties