IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SCOTT WYNN, an individual, | Civil Action |
| | No. 3:21-cv-00514-MMH-JRK |
| Plaintiff, | |
| v. | |
| TOM VILSACK, in his official capacity as U.S. Secretary of Agriculture; ZACH DUCHENEAUX, in his official capacity as Administrator, Farm Service Agency, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Plaintiff Scott Wynn provides the Order denying Defendants' Motion to Stay Proceedings in *Holman v. Vilsack et al.*, 1:21-cv-01085-STA-jay, ECF No. 49 (W.D. Tenn. Aug. 2, 2021). The authority is not readily available and is attached to this notice as Exhibit 1.

DATED: August 2, 2021.

1

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

|  |  |
|---|---|
| Christina M. Martin | s/ Wencong Fa |
| Fla. Bar No. 100760 | Wencong Fa* |
| Lead Counsel | Cal. Bar No. 301679 |
| 4440 PGA Blvd., Suite 307 | Daniel M. Ortner* |
| Palm Beach Gardens, FL 33410 | Cal. Bar No. 329866 |
| Telephone: (561) 619-5000 | 930 G Street |
| Facsimile: (561) 619-5006 | Sacramento CA 95814 |
| Email: CMartin@pacificlegal.org | Email: WFa@pacificlegal.org |
|  | Email: DOrtner@pacificlegal.org |

Glenn E. Roper*
Colo. Bar No. 38723
1745 Shea Center Dr., Suite 400
Highlands Ranch CO 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: GERoper@pacificlegal.org

*Attorneys for Plaintiff*
*Special admission

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will provide notice of the filing of this document to all counsel of record.

 s/ Wencong Fa
Wencong Fa*
Cal. Bar No. 301679
Lead Counsel
* Special Admission
