IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SCOTT WYNN, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.*,<br><br>*Defendants*. | No. 3:21–cv–00514–MMH–JRK |

## NOTICE OF UPDATE IN RELATED ACTION

Defendants provide this notice to update the Court on proceedings in the related action of *Miller v. Vilsack*, No. 21-0595 (N.D. Tex.). *See* ECF No. 39 (listing *Miller* as a related action). On September 22, 2021, the court in *Miller* granted the plaintiffs' motion for leave to file a second amended class action complaint and entered the schedule proposed by the parties for proceedings on the merits. Thereafter, the clerk filed on the docket the plaintiffs' second amended class action complaint, which narrows the plaintiffs' claims to challenges to Section 1005 of the American Rescue Plan Act ("ARPA"). Defendants have attached the *Miller* court's orders and the plaintiffs' second amended class action complaint for reference. *See* Exhibit 1.

Dated: September 22, 2021         Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Emily Newton
EMILY SUE NEWTON (VA Bar No. 80745)
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-2071 / Fax: (202) 616-8460
michael.f.knapp@usdoj.gov

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on September 22, 2021, a copy of the foregoing motion was filed electronically via the Court's ECF system, which effects service on counsel of record.

/s/ Emily Newton
EMILY SUE NEWTON
U.S. Department of Justice