IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SCOTT WYNN, an individual, | Civil Action<br>No. 3:21-cv-00514-MMH-JRK |
| Plaintiff, | |
| v. | |
| TOM VILSACK, in his official capacity as U.S. Secretary of Agriculture; ZACH DUCHENEAUX, in his official capacity as Administrator, Farm Service Agency, | |
| Defendants. | |

## Notice of Supplemental Authority

Earlier today, Defendants filed "Notice of Update in Related Action." ECF No. 65. The Notice contains a copy of the Order denying Movants' Motion to Opt Out of the class action in *Miller v. Vilsack*. ECF No. 65-1. Pursuant to Local Rule 3.01(i)(3), Plaintiff cites page 4 of the opinion, which states: "Movants may be correct, but those arguments are better directed to the courts responsible for staying Movants' cases." *See* ECF No. 65-1 (citing *Holman v. Vilsack*, No. 1:21-cv-1085, 2021 WL 3354169, at *2 (W.D. Tenn. Aug. 2, 2021).

  DATED:  October 13, 2021.

1

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

|  |  |
|---|---|
|  | s/ Wencong Fa |
| Christina M. Martin | Wencong Fa* |
| Fla. Bar No. 100760 | Cal. Bar No. 301679 |
| 4440 PGA Blvd., Suite 307 | Lead Counsel |
| Palm Beach Gardens, FL 33410 | Daniel M. Ortner* |
| Telephone: (561) 619-5000 | Cal. Bar No. 329866 |
| Facsimile: (561) 619-5006 | 555 Capitol Mall, Suite 1290 |
| Email: CMartin@pacificlegal.org | Sacramento CA 95814 |
|  | Email: WFa@pacificlegal.org |
|  | Email: DOrtner@pacificlegal.org |

Glenn E. Roper*
Colo. Bar No. 38723
1745 Shea Center Dr., Suite 400
Highlands Ranch CO 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: GERoper@pacificlegal.org

*Attorneys for Plaintiff*
 *Special admission

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will provide notice of the submission of this document to all counsel of record.

 s/ Wencong Fa  
Wencong Fa*  
Cal. Bar No. 301679  
Lead Counsel  
* Special Admission
