IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SCOTT WYNN, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.*,<br><br>*Defendants*. | No. 3:21–cv–00514–MMH–JRK |

## DEFENDANTS' PARIALLY UNOPPOSED MOTION
## FOR AN EXTENSION OF THE OPENING EXPERT REPORT DEADLINE

Defendants' current deadline to submit their opening expert report in this case is October 15, 2021. The parties have conferred and were able to reach agreement on a one-week extension of Defendants' deadline, such that Defendants would produce their opening expert report to Plaintiff on October 22, 2021. Despite the Government's diligent efforts, however, Defendants anticipate that the expert report will not be complete until October 29, 2021, at the earliest. Counsel for Defendants conferred with counsel for Plaintiff multiple times in an attempt to reach agreement on a further one-week extension, but the parties were unable to reach agreement. Accordingly, the Government respectfully requests that the Court extend the deadline for Defendants' opening expert report at least one additional week beyond that negotiated by the parties, or until October 29, 2021.

There is good cause to do so. When Defendants submitted their proposed schedule to the Court, they predicted and noted that, based on experience in past cases, it would take substantial time for Defendants to identify and retain an expert, for the expert to review and analyze data reaching back decades and spanning the entire country, and for the expert to detail the findings in a report. *See* Jt. Notice 3, ECF No. 42. Defendants therefore proposed that opening expert reports be exchanged December 17, 2021. That deadline was agreed upon by the parties and entered by the Court in *Miller v. Vilsack*, No. 21-595. *See* Order, ECF No. 85.

Defendants' predictions have come to pass. As explained in the attached declaration of Gianna Short, an Agricultural Economist at USDA familiar with USDA's systems related to direct and guaranteed loans, the data and information necessary to inform the expert report is housed in at least four different databases, *see* Short Decl. ¶ 2, and at least four other sources and systems, including archived data, *see id.* ¶¶ 3-4. Some of these systems date to 1984. *See id.* ¶ 4. Much of this data is not readily accessible, and it requires special knowledge to locate and merge data from incompatible or obsolete file formats, and to assess that merged data for completeness and accuracy. *Id.* ¶ 6. And none of these systems were designed to produce data reports related to the subject matter of this litigation. *See id.* ¶ 5. Instead, they are primarily accounting systems, which track transactions related to loan obligations and loan servicing. *See id.* ¶ 4. As a result, it has been necessary for Ms. Short to write code in order to generate the custom-tailored data sets and reports necessary for the expert report. *See id.* ¶ 5.

In addition to writing that code, USDA, through Ms. Short, has responded to dozens of requests from Defendants' expert through October 13, 2021, seeking data that extends back to the 1990s. *See id.* ¶ 6. Ms. Short has expended approximately 100 hours doing so. *See id.* ¶ 7. Despite her diligent efforts, Ms. Short and the expert are still compiling and analyzing data for the expert report. *See id.* ¶ 8. Ms. Short and other relevant agency officials have also worked to consult on the USDA's responses to Plaintiff's fact discovery requests, for which production is on-going. *See id.* ¶ 7.

Under these circumstances, an extension of at least one week is warranted to allow Defendants to review and submit a completed expert report. Indeed, Defendants maintain that a deadline of December 17, 2021, is a more reasonable timeline for producing the type of expert report warranted here. That additional time will permit a more complete report that will better inform this Court's adjudication of Plaintiff's constitutional challenge to an Act of Congress. Moreover, Plaintiff will not be prejudiced by such an extension, as his interests are fully protected in the interim by the preliminary injunction this Court entered.

Nonetheless, and cognizant of the Court's stated intent to proceed more expeditiously, Defendants respectfully request that the Court grant an extension beyond that recently negotiated by the parties, until at least October 29, 2021, for Defendants to submit their opening expert report. Plaintiff will not be prejudiced by this relief, and such an extension will not require an extension of other deadlines in this case. Defendants do not object to a corresponding extension for Plaintiff to submit any rebuttal report. And although Defendants maintain that proceedings in this case

should be stayed, in light of the certification of classes that include Plaintiff in the Northern District of Texas, *see* Defs.' Mot. to Stay Proceedings, ECF No. 44, and that court's recent denial of Plaintiff's motion to opt out of those classes, *see* Notice of Update in Related Action, ECF No. 65; *id.* Ex 1, *Miller* Order Denying Mot. to Opt Out, ECF No. 65-1, Defendants are nevertheless continuing to respond to Plaintiff's discovery requests and are not seeking an extension of any other deadlines at this time.

Dated: October 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON (VA Bar No. 80745)
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-2071 / Fax: (202) 616-8460
michael.f.knapp@usdoj.gov

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on October 14, 2021, a copy of the foregoing motion was filed electronically via the Court's ECF system, which effects service on counsel of record.

                                        */s/ Emily Newton*
                                        EMILY SUE NEWTON
                                        U.S. Department of Justice