UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT WYNN, an individual,

    Plaintiff,

v.                                           Case No. 3:21-cv-514-MMH-JRK

THOMAS J. VILSACK, in his official
capacity as U.S. Secretary of Agriculture,
and ZACH DUCHENEAUX, in his official
capacity as Administrator, Farm Service
Agency,

    Defendants.

## O R D E R

This cause is before the Court on Defendants' Partially Unopposed Motion for an Extension of the Opening Expert Report Deadline (Doc. No. 67; "Motion"), filed October 14, 2021. In the Motion, Defendants seek an extension to submit their opening expert report because "Defendants anticipate that the expert report will not be complete until October 29, 2021, at the earliest." Motion at 1. Defendants represent that Plaintiff opposes the Motion. Id. In light of the relief requested, the undersigned finds that an expedited response is necessary. Accordingly, it is

**ORDERED**:

1. Defendants' Partially Unopposed Motion for an Extension of the Opening Expert Report Deadline (Doc. No. 67) is **TAKEN UNDER ADVISEMENT**.

2. Plaintiff shall have up to and including **October 20, 2021** to file a response to the Motion, failing which the Motion will be deemed unopposed.

**DONE AND ORDERED** in Jacksonville, Florida on October 19, 2021.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

keh
Copies:
Counsel of Record