IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SCOTT WYNN, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.*,<br><br>*Defendants*. | No. 3:21–cv–00514–MMH–JRK |

## DEFENDANTS' STATUS REPORT

In accordance with the Court's December 7, 2021, Order, ECF No. 84, Defendants respectfully submit this status report.

1. Plaintiff in this action challenges Section 1005 of the American Rescue Plan Act of 2021. Because Plaintiff is a member of classes certified by the District Court for the Northern District of Texas in *Miller v. Vilsack*, 4:21-cv-595 (N.D. Tex.), that similarly challenge the same statutory provision, Defendants moved for, and the Court granted, a stay of this action pending the outcome of the *Miller* litigation. *See* ECF No. 84 (Dec. 7, 2021).

2. Plaintiff had previously moved in the *Miller* litigation to opt out of the certified classes. *See* Motion to Opt Out of Certified Classes, *Miller*, ECF No. 78 (Sept. 3, 2021). The *Miller* court denied the motion, and Plaintiff remains

1

a member of the *Miller* classes. *See* Order, *Miller*, ECF No. 100 (Oct 13, 2021).

3. On September 22, 2021, the *Miller* plaintiffs filed a Second Amended Complaint which eliminated the non-class claims, narrowing the litigation to the constitutional and statutory challenges to § 1005. *See* Second Am. Compl., *Miller*, ECF No. 87 (Sept. 22, 2021). On November 12, 2021, the *Miller* plaintiffs filed a Third Amended Complaint which eliminated the statutory challenge, such that the class pursues only an equal protection challenge to § 1005. *See* Third Am. Compl., *Miller*, ECF No. 135 (Nov. 12, 2021). Defendant answered the Third Amended Complaint on November 26, 2021. *See* Answer, *Miller*, ECF No. 140 (Nov. 26, 2021).

4. The discovery schedule in the *Miller* litigation is governed by that court's December 13, 2021, order. *See* Order, *Miller*, ECF No. 146 (Dec. 13, 2021). Under the terms of that order, expert discovery, including any depositions, must be completed by February 25, 2022.

5. The briefing schedule in the *Miller* litigation is governed by that court's September 22, 2021, scheduling order. *See* Order, *Miller*, ECF No. 85 (Sept. 22, 2021). Under the terms of that order, the parties will complete summary judgment briefing on April 1, 2022. *Id.*

6. On October 12, 2021, the Federation of Southern Cooperatives/Land Assistance Fund (the Federation) moved to intervene as a defendant in

*Miller*. *See* Mot. to Intervene, *Miller*, ECF No. 93 (Oct. 12, 2021). The court denied the motion to intervene, *see* Order, *Miller*, ECF No. 143 (Dec. 8, 2021), and the Federation appealed, Notice of Appeal, *Miller*, ECF No. 147 (Dec. 17, 2021). The Federation sought a stay of district court proceedings during its appeal, Mot. to Stay, *Miller*, ECF No. 148 (Dec. 22, 2021), which the government opposed and which the district court denied, *see* Order, *Miller*, ECF No. 157 (Dec. 29, 2021). The Federation then moved in the Fifth Circuit for a stay of district court proceedings, which was similarly denied. *See* Order, *Miller v. Vilsack*, No. 21-11271 (5th Cir. Jan. 7, 2022).

Dated: January 7, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Michael F. Knapp*
KYLA M. SNOW (Ohio Bar No. 96662)
MICHAEL F. KNAPP (Cal. Bar No. 314104)
ALEXANDER V. SVERDLOV
 (NY Bar No. 4918793)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-2071 / Fax: (202) 616-8460
michael.f.knapp@usdoj.gov

*Counsel for Defendants*

### Certificate of Service

I hereby certify that on January 7, 2022, a copy of the foregoing Status Report was filed electronically via the Court's ECF system, which effects service on counsel of record.

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP
U.S. Department of Justice