# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SCOTT WYNN, an individual,

    Plaintiff,

v.                                                              Case No.   3:21-cv-514-MMH-LLL

THOMAS J. VILSACK, in his
official capacity as U.S. Secretary of
Agriculture, et al.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 90; Stipulation) filed on September 12, 2022.  In the Stipulation, the parties request dismissal of this matter without prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby **ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

3. The Court reserves jurisdiction to consider any timely filed motion for attorneys' fees and/or costs.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of September, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record